WILLIAM L. DAVIS, JR., Respondent, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

(Argued January 12, 1933; decided January 27, 1933.)

*Peter C. Mann* and *James D. Ewing* for appellant.
*Otho S. Bowling* and *Wallace E. J. Collins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.